IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | )   Case No. 1:19-cv-00804-SHR |
| v. | )<br>) |
| MICHAEL A. SISK, DDS, LLC, d/b/a<br>CAPITAL CITY DENTAL CARE, | )   (Honorable Sylvia H. Rambo)<br>)<br>) |
| Defendant. | ) |

NOTICE OF RESOLUTION AND
JOINT REQUEST FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Michael A. Sisk, DDS, LLC, d/b/a Capital City Dental Care have agreed to terms for voluntary resolution of EEOC's claims through their negotiated Consent Decree ("Decree"). The Parties' terms for resolution are embodied in the Decree and its exhibits, an executed version of which is attached hereto as Exhibit A. The Parties jointly move the Court to adopt and enter the Decree for the reasons stated therein. EEOC's Complaint may be dismissed pursuant to the terms of the Decree.

Respectfully submitted,

FOR PLAINTIFF:

_/s/John S. Brubaker_____
JOHN S. BRUBAKER
Trial Attorney, U.S. EEOC
Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107
Phone: 267-589-9762
Fax: (215) 440-2805
john.brubaker@eeoc.gov
IL 6314685 (admitted *pro hac vice*)


FOR DEFENDANT:

_/s/Angela Quiles Nevarez (with consent)_
Angela Quiles Nevarez
Jackson Lewis, PC
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
Angela.Nevarez@jacksonlewis.com
PA 321375

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2020, I electronically filed the foregoing Notice of Resolution and Joint Motion for Entry of Consent Decree, with Exhibit, via the Court's electronic case filing system, which caused a copy to be served upon:

Angela Quiles Nevarez
Jackson Lewis, PC
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
Angela.Nevarez@jacksonlewis.com

*Counsel for Defendant*

                                                  __*/s/ John S. Brubaker*_____
                                                        John S. Brubaker